### FERRELL v. STATE.
### No. 26259.

Court of Criminal Appeals of Texas.
Feb. 11, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the unlawful possession of whisky for sale in a dry area, with punishment assessed at a fine of $300 and 30 days in jail.

The record contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.

### FERRELL v. STATE.
### No. 26258.

Court of Criminal Appeals of Texas.
Feb. 11, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

On a plea of guilty before the court appellant was assessed a fine of $300 and thirty days in jail for the sale and possession for purpose of sale of beer in a dry area.

The record contains no statement of facts and no bills of exception and the proceedings are regular.

The judgment is affirmed.